**Helen WEBER, Appellant,**

v.

**Debbie NIERE and Dennis
Niere, Respondents.**

**No. ED 79836.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Sept. 10, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 22, 2002.

Application for Transfer Denied
Nov. 26, 2002.

Timothy E. Hogan, St. Louis, MO, for appellant.

Barbara L. Greenberg, Clayton, MO, for respondent.

Before LAWRENCE E. MOONEY, C.J., LAWRENCE G. CRAHAN, J. and CHARLES B. BLACKMAR, S.J.

*ORDER*

PER CURIAM.

Helen Weber appeals the judgment directing a verdict for Debbie and Dennis Niere on her claims of ejectment and false arrest. She also appeals the court's denial of her motion to submit a second amended petition, the court's reduction of exemplary damages and the court's failure to enforce a settlement.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. A detailed opinion would be of no precedential value. We have, however, provided the parties with a brief memorandum opinion, for their information only, explaining the reasons for our decision.

The judgment is affirmed pursuant to Rule 84.16(b).